**11 CIV. 5298**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mrs. Yolanda Berbick
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

City of New York: 28 Precinct
2271 8th Avenue
New York, NY 10027-5319
_____

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   Mrs. Yolanda Berbick
             Street Address   P.O. Box
             County, City   Mount Vernon
             State & Zip Code   NY  10551
             Telephone Number   203-808-9415

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1   Name City of New York: 28 Precinct
Street Address 2271 8th Avenue
County, City New York, NY
State & Zip Code NY 10027-5319
Telephone Number 212-678-1611

Defendant No. 2   Name Officer Cardaro (Spanish Female Cop) 28 Precinct arrest 4-23-2010.
Street Address 2271 8th Avenue
County, City New York,
State & Zip Code NY 10027-5319
Telephone Number 212-678-1611

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions          ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 217 West 110th Street, Manhattan NY.

B. What date and approximate time did the events giving rise to your claim(s) occur? 4-23-2010, 3:36 PM

C. Facts: Wrongfully arrested, also abused, ongoing harassment, wrongful Summons for disorderly Conduct

**What happened to you?**

Spanish Female Cop Officer.

**Who did what?**

My husband Clive Berbick was also a victim that day also.

**Was anyone else involved?**

FDNY EMS came to call, also black female, hundreds of cops. I requested 911 help all along I was being abused, that day.

**Who else saw what happened?**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My back was hurting very bad, I had bruises to my knees and wrists. I went to Harlem Hospital also husband Clive Berbick for treatment.

Rev. 05/2010

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am sueing the Precint 28, for twenty million dollars, and also sueing officer for thirty five million dollars, for horrible unjust treatment I received on April 23, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of June, 2011.

Signature of Plaintiff   Mrs. Yolanda Berbick

Mailing Address   P.O. Box 708
Mount Vernon, NY 10551

Telephone Number   203-808-9415

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*